# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOTI PARTNERS, LLC; MOTI PARTNERS 16, LLC; LLTQ ENTERPRISES, LLC; LLTQ ENTERPRISES 16, LLC; TPOV ENTERPRISES, LLC; TPOV ENTERPRISES 16, LLC; FERG, LLC; FERG 16, LLC; AND R SQUARED GLOBAL SOLUTIONS, LLC, DERIVATIVELY ON BEHALF OF DNT ACQUISTION, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,
Respondents,
 and
DESERT PALACE, INC.; PARIS LAS VEGAS OPERATING COMPANY, LLC; PHWLV, LLC; AND BOARDWALK REGENCY CORPORATION,
Real Parties in Interest.

No. 82448

FILED

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus challenging a district court order granting a motion to strike.

Petitioners seek a writ of mandamus directing the district court to (1) vacate its order granting real parties in interest's motion to strike petitioners' amended counterclaims, and (2) deny the motion.

21-30507

The decision to entertain a petition for a writ of mandamus is discretionary. *Davis v. Eighth Judicial Dist. Court,* 129 Nev. 116, 118, 294 P.3d 415, 417 (2013). "The writ will not issue . . . if a petitioner has a plain, speedy, and adequate remedy in the ordinary course of the law." *Id.* "The right to immediately appeal or even to appeal in the future, after a final judgment is ultimately entered, will generally constitute an adequate and speedy legal remedy precluding writ relief." *D.R. Horton, Inc. v. Eighth Judicial Dist. Court,* 123 Nev. 468, 474, 168 P.3d 731, 736 (2007).

Petitioners retain appellate rights, *see* NRAP 3A(b)(1), and therefore have a plain, speedy, and adequate remedy in the ordinary course of law. Thus, we decline to entertain the petition.[1] Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Hardesty

_____ J.
Parraguirre

_____ J.
Stiglich

_____ J.
Cadish

_____ J.
Silver

_____ J.
Pickering

_____ J.
Herndon

_____

[1]In light of this order denying writ relief, we lift the stay previously ordered by this court on April 16, 2021.

cc: Hon. Timothy C. Williams, District Judge
Bailey Kennedy
Pisanelli Bice, PLLC
Eighth District Court Clerk